# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MATTHEW DUKES,<br><br>    Plaintiff,<br><br>v.<br><br>PHASENEXT HOSPITALITY, LLC<br><br>    Defendant. | Case No. 1:15-CV-1517-ODE-JFK |

## CERTIFICATE OF SERVICE

This is to certify that I have served a true and correct copy of the foregoing **DEFENDANT'S FIRST INTERROGATORIES TO PLAINTIFF** by depositing a copy of same in the United States Mail, first class, postage pre-paid, to the following counsel of record:

>Taylor J Bennett, Esq.
>Bennett Law Group
>P.O. Box 80084
>Atlanta, Georgia 30366

Respectfully submitted this 1st day of September, 2015.

>/s/Mitchell S. Allen
>Mitchell S. Allen

6455501.1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MATTHEW DUKES, | |
| Plaintiff, | |
| v. | Case No. 1:15-CV-1517-ODE-JFK |
| PHASENEXT HOSPITALITY, LLC | |
| Defendant. | |

## CERTIFICATE OF SERVICE

This is to certify that I have served a true and correct copy of the foregoing **DEFENDANT'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF** by depositing a copy of same in the United States Mail, first class, postage pre-paid, to the following counsel of record:

> Taylor J Bennett, Esq.
> Bennett Law Group
> P.O. Box 80084
> Atlanta, Georgia 30366

Respectfully submitted this 1st day of September, 2015.

> *s/Mitchell S. Allen*
> Mitchell S. Allen

6455508.1